Robert Martin **BARRITT**, Petitioner—
Appellant,

v.

Warden David **BALLARD**,
Respondent—
Appellee.

No. 09–7951.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 22, 2010.

Robert Martin Barritt, Appellant Pro
Se.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert Martin Barritt seeks to appeal
the district court's order accepting the
recommendation of the magistrate judge
and denying relief on his 28 U.S.C. § 2254
(2006) petition. The order is not appeal-
able unless a circuit justice or judge is-
sues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2006). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a con-
stitutional right." 28 U.S.C. § 2253(c)(2)

(2006). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any dis-
positive procedural ruling by the district
court is likewise debatable. *Miller–El v.
Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003); *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v.
Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Barritt has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal.* We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* We decline to consider claims Barritt seeks to
raise in this court, which claims were not
previously raised first in the district court.

*See Muth v. United States,* 1 F.3d 246, 250
(4th Cir.1993).